IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| William P. Avoki, *by his next friend* *Francisco K. Avoki*, | ) ) ) | C/A No. 0:20-113-SAL-PJG |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| George Caldwell; City of Chester, South Carolina; Police Department of Chester, South Carolina; Cpl. Robert Martz; Ptl. Tyler Covington; Does I-XXX, | ) ) ) ) ) | |
| Defendants. | ) ) | |

Plaintiff William P. Avoki, who is represented by counsel, filed this action pursuant to 42 U.S.C. § 1983 alleging a violation of his constitutional rights. This matter is before the court on Plaintiff's motion to voluntarily dismiss with prejudice his claims against the defendants. (ECF No. 32.) The defendants consent to the dismissal of this action with prejudice. (Id. at 2.) Therefore, having carefully considered the parties' submissions and the applicable law, it is hereby

**ORDERED** that Plaintiff's motion is granted and this action is dismissed with prejudice. See Fed. R. Civ. P 41(a)(2) ("Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."); 28 U.S.C. § 636(b)(1)(A) (outlining pretrial matters that may be heard and determined by a United States Magistrate Judge).

**IT IS SO ORDERED.**

*/s/ Paige J. Gossett*

November 24, 2020
Columbia, South Carolina

Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE